# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

LISA CROSSLEY,                         §
                                       §
    Plaintiff,                     §
                                       §      CIVIL ACTION NO. 4:08-CV-122
v.                                     §
                                       §
MONARCH PROPERTIES, INC.,              §
                                       §
    Defendant.                     §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 30, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. 20) be GRANTED and that Plaintiff take nothing by her claims here.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Motion for Summary Judgment (Dkt. 20) is GRANTED, Plaintiff shall take nothing by her claims here, and this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED this _20th_ day of _May_, 2009.

                  RICHARD A. SCHELL
                  UNITED STATES DISTRICT JUDGE